UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| JAYNE MICHON | § |
| | § |
| | § |
| VS. | § Civil Case 1:22-CV-00398 |
| | §          (JURY) |
| PALOMAR SPECIALY INS. COMPANY | § |

**PLAINTIFF'S NOTICE OF DISCLOSURES**

Plaintiff, Jayne Michon, served her Initial Disclosures pursuant to the Federal Rule of Civil Procedure to Defendant in the above-referenced cause of action on November 3, 2022.

    Respectfully Submitted,
    BRASHER LAW FIRM, PLLC

    */s/ Joe Muckleroy*
    Clint Brasher
    Texas Bar No. 24009915
    clint@brasherattorney.com
    Joe Muckleroy
    Texas Bar No. 24065801
    joe@brasherattorney.com
    Nishi Kothari
    Texas Bar No. 24087862
    nishi@brasherattorney.com
    1122 Orleans
    Beaumont, Texas 77701
    (409) 832-3737 Telephone
    (409) 832-3838 Fax
    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

 I hereby certify that on November 3, 2022 a copy of the foregoing has been served upon all counsel of record, as indicated below:

**VIA EFILE**
George Arnold
Thompson, Coe, Cousins & Irons
One Riverway, Suite 1400
Houston, Texas 77056
**ATTORNEY FOR DEFENDANTS**

             */s/ Joe Muckleroy*
             Joe Muckleroy